

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00499-CV

Alexus **NAJERA**,
Appellant

v.

**CSC SOUTH HILL REALTY, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-06127
Jack W. Marr, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: December 10, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on November 3, 2025, but appellant failed to file her brief or a motion for extension of time by the due date. On November 12, 2025, we issued an order informing appellant that her brief was overdue and directing her to file her brief and a written response on or before December 1, 2025. We warned appellant that if her brief and the response were not filed by that date, this appeal would be dismissed for want of prosecution. Appellant failed to file her brief or the response. We, therefore, dismiss this appeal for want of prosecution.

*See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

PER CURIAM